UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, through her natural guardian and mother Teylor Dillon,<br><br>Plaintiff,<br><br>v.<br><br>BANNER LASSEN MEDICAL CENTER, et al.,<br><br>Defendants. | No. 2:23-cv-00990-DC-CKD<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN ORDER FINDING SATISFACTORY SHOWING HAS BEEN MADE PURSUANT TO LOCAL RULE 202(a)<br><br>(Doc. No. 37) |

On April 9, 2025, Plaintiff K.D., a minor, proceeding through her natural guardian and mother Teylor Dillon, filed a request asking the court to find that appointment of a guardian *ad litem* is not necessary based on her attorney's presentation pursuant to Local Rule 202(a) of "a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person." (Doc. No. 37.) Specifically, because Plaintiff's mother, Teylor Dillon, is Plaintiff K.D.'s "general guardian," she may sue on Plaintiff K.D.'s behalf under Federal Rule of Civil Procedure 17(c)(1)(A) without the need for an appointment of a guardian *ad litem*. (*Id.* at 1–2); *see* Fed. R. Civ. P. 17(c)(1)(A) (providing that a "general guardian" may sue on behalf of a minor); *see also Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, No. 2:13-cv-01145-GEB, 2013 WL 2666024, at *1 (E.D. Cal. June 12, 2013) (explaining that under Rule 17(c), "a parent is a guardian who may so sue"); *T.H. v.*

1

*O'Malley*, No. 24-cv-00358-JLS-DDL, 2024 WL 1511964, at *1 (S.D. Cal. Mar. 21, 2024) (noting that when a minor is represented by their custodial parent, the court need not appoint a guardian *ad litem* unless there is a conflict of interest between the minor and the parent). In addition, the court is satisfied by Plaintiff's attorney's showing that no such appointment of a guardian *ad litem* is necessary to ensure adequate representation for Plaintiff K.D. in this action because "Teylor Dillon is not a party, is not employed by any defendant, has no ownership or other financial interest in any defendant, and has no other known conflict of interest which would prevent her from acting in the best interests of her minor child, Plaintiff K.D." (*Id.* at 2.) Plaintiff's attorney also represents that Defendants have indicated they have no objection to Teylor Dillon continuing to represent Plaintiff's interests in this case. (*Id.*)

Thus, the court finds that Plaintiff's attorney has made a satisfactory showing that no appointment of a guardian *ad litem* is necessary to ensure adequate representation of minor plaintiff K.D. in this action.

Accordingly, Plaintiff's pending request for a court order finding that a guardian *ad litem* need not be appointed and that Plaintiff may continue in this litigation through her general guardian, Teylor Dillon, (Doc. No. 37) is hereby GRANTED.

IT IS SO ORDERED.

Dated:  **April 22, 2025**

Dena Coggins
United States District Judge

2